# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  PAMELA C. GIBSON                                    CHAPTER 13

                                                                                                    Docket Number:  17-15201

***TO THE CLERK OF THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA***

***PLEASE WITHDRAW/DISCONTINUE***

    I hereby certify that I filed the motion to extend time to file schedules on behalf of debtor Pamela C. Gibson, which was filed on or about August 31, 2017, and that I have the authority to file this Praecipe to Withdraw/Discontinue.  The missing documents were filed earlier than anticipated.

    I understand that in filing this Praecipe to Withdraw/Discontinue that the aforesaid motion to extend time to file schedules shall be withdrawn and that the docket shall be marked accordingly.

    I also understand that a copy of this Praecipe to Withdraw/Discontinue shall be served upon all interested parties.


/s/ Marcia Y. Phillips, Esquire
_____
Marcia Y. Phillips, Esquire
Counsel for Debtor, Pamela C. Gibson
1900 Market Street, Suite 800
Philadelphia, PA 19103
Tel: (856) 282-1100
Fax: 888-303-2922
Email: theladyjustice@outlook.com
Attorney ID:  57914/MAA 9967

DATE:  September 1, 2017