# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 17-15201-ELF


        PAMELA C GIBSON

        6353 W. COLUMBIA AVENUE

        PHILADELPHIA, PA 19151

                Debtor

### CERTIFICATE OF SERVICE

        **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
        PAMELA C GIBSON

        6353 W. COLUMBIA AVENUE

        PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
        MARCIA Y. PHILLIPS
        PO BOX 625

        MOORESTOWN, NJ 08057-

**Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107


                                /s/ William C. Miller

Date: 10/16/2017


                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee