UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| | : | |
| Debtor: PAMELA C. GIBSON | : | Bankruptcy No. 17-15201 ELF |

### CERTIFICATION OF SERVICE
### MODIFIED CHAPTER 13 PLAN

On APRIL 16, 2018, I did hereby serve a copy of the within MODIFIED CHAPTER 13 PLAN to the following people and/or companies:

- **William Miller, Trustee (via email and regular mail-111 S. Independence Mall, E #563, Philadelphia, PA 19106**)

- **City of Philadelphia (electronic/regular mail-**1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595)

- **All other interested Parties (electronic)**

I do hereby certify that the foregoing statements are true and correct. I understand that if any of the foregoing statements are willfully false.

Date: 4/16/2018        /s/Marcia Y. Phillips, Esq.
*Marcia Y. Phillips, Esq., L.L.M, & Associates, L.L.C.*
1900 Market Street, Suite 800
Philadelphia, Pennsylvania 19103
Telephone (856) 282-1100
Toll Free Fax: (888) 303-2922
Email: theladyjustice@outlook.com
Attorney ID: Fed: MYP-9967/Pa-57914
**Attorney for the Debtor: Pamela C. Gibson**