**L.B.F. 3015-6A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| IN RE: | Pamela C. Gibson | : | **Chapter** | 13 |
| | | : | | |
| | **Debtor(s)** | : | **Bky. No.** | 17-15201 ELF |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**   05/24/2018        /s/Marcia Y. Phillips, Esq.
                              [name]
                              Attorney for Debtor(s)

**Date:**   05/24/2018        /s/Pamela C. Gibson
                              [name]
                              Debtor

**Date:**
                              [name]
                              Debtor

-19-