# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-15201-ELF

PAMELA C GIBSON

6353 W. COLUMBIA AVENUE

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAMELA C GIBSON

    6353 W. COLUMBIA AVENUE

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    MARCIA Y. PHILLIPS
    PO BOX 625

    MOORESTOWN, NJ 08057-

Date: 9/25/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee