UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:

PAMELA GIBSON                :    Chapter 13
                             :    Case No: 17-15201-ELF
      *Debtor*          :

## CERTIFICATION OF NO OBJECTION

I, Marcia Y. Phillips, Esquire, attorney for Debtor, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6).

Dated: August 6, 2021           Signed:    /s/Marcia Y. Phillips, Esq.
                                           Marcia Y. Phillips, Esq.
                                           430 Exton Sq. Pkwy, #1568
                                           Exton, PA 19341
                                           (856) 282-1100 (Voice)
                                           (888) 303-2922 (Fax)
                                           mphillips@uprightlaw.com