UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:

Pamela Gibson : Chapter 13
: Case No: 17-15201 elf
*Debtor* :

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,000.00.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. section 1326(b), 11 U.S.C. section 507, 11 U.S.C. section 503(b) and 11 U.S.C. section 330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $690.00 paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed plan.

Date:    8/9/21

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**