**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                              **Chapter 13**
PAMELA C GIBSON


**Debtor(s)**                                    **Case No.** 17-15201-ELF


# NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy

Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee

payments under the confirmed Chapter 13 plan.


**Office of the Chapter 13 Trustee**


Date: 10/29/2021                By:    */s/ Kenneth E. West*
                                       Kenneth E. West, Esquire, Chapter 13 Trustee
                                       1234 Market St., Suite 1813
                                       Philadelphia, PA 19107
                                       (215) 627-1377 (Phone)
                                       (610) 627-6299 (Fax)