Certificate Number: 05781-PAE-DE-036273756

Bankruptcy Case Number: 17-15201



05781-PAE-DE-036273756

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on January 19, 2022, at 2:35 o'clock PM PST, Pamela Gibson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 19, 2022            By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President